IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| LEONARD AZONOBI<br>4140 Daylily Drive<br>Owings Mills, Maryland 21117<br><br>    Plaintiff<br><br>   v.<br><br>UNIVERSITY OF MARYLAND,<br>COLLEGE PARK FACILITIES<br>MANAGEMENT<br>7401 Baltimore Avenue, 4th Floor<br>College Park, Maryland 20740<br><br>    Defendant | *<br><br>*<br><br>*   Civil Action No. _____<br><br>*<br><br>*   (Removed from Circuit Court for<br>   Baltimore County, Maryland,<br>*   Case No. C-03-CV-22-000267)<br><br>*<br><br>*<br><br>* |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## NOTICE OF REMOVAL

Defendant University of Maryland, College Park Facilities Management ("Defendant" or "University"), by and through its undersigned counsel, pursuant to 28 U.S.C. §§ 1331 and 1441, hereby removes to this Court a civil lawsuit filed by Plaintiff Leonard Azonobi ("Plaintiff") in the Circuit Court for Baltimore County, Maryland, Case No. C-03-CV-22-000267. Without admitting any of the allegations of the complaint, Defendant's grounds for removing this action are as follows:

1.      On January 21, 2022, Plaintiff filed a three-count lawsuit against Defendant in the Circuit Court for Baltimore County, Maryland.  Plaintiff alleges that Defendant discriminated against him on the basis of his national origin and race and retaliated against him in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e), *et seq.* ("Title VII") and Maryland's

Fair Employment Practices Act, Md. Code Ann., State Gov't §§ 20-606 and 20-607 ("MFEPA").[1] Specifically, in counts I and II, Plaintiff asserts claims of disparate treatment on the basis of national origin and race under Title VII.  In count III, Plaintiff asserts a claim of retaliation/reprisal under Title VII.   Plaintiff's complaint is attached hereto**.**

2.      On March 11, 2022, Plaintiff's complaint was served on Defendant.

3.      Under 28 U.S.C. § 1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."  Therefore, this Court has original jurisdiction over the federal causes of action asserted in counts I through III. To the extent the complaint also asserts claims under MFEPA, the Court has supplemental jurisdiction over the state law causes of action pursuant to 28 U.S.C. § 1367.

4.      Because this Court has original jurisdiction under 28 U.S.C. § 1331, this action may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

5.      This Notice of Removal is timely under 28 U.S.C. §1446(b)(2) because it is filed within 30 days after the earliest service of the complaint.

6.      In accordance with 28 U.S.C. § 1446(a) and Local Rule 103.5(a), Defendant is attaching, as exhibits to this Notice of Removal, true and legible copies of all process, pleadings, documents and orders which have been served on Defendant.  Specifically, Defendant is attaching the following:

a.      Writ of Summons addressed to University of Maryland, College Park Facilities Management

b.      Complaint and Jury Demand

c.      Civil – Non-Domestic Case Information Report

---

[1] Although Plaintiff references the aforementioned sections of MFEPA in the opening and first paragraph of the complaint, the specific counts of the complaint are framed as claims under Title VII only.

7.      A copy of this Notice of Removal is being served upon Plaintiff through his counsel of record and with the Clerk of the Court for the Circuit Court for Baltimore County, Maryland.

WHEREFORE, Defendant moves that the lawsuit now pending against it in the Circuit Court for Baltimore County, Maryland (Case No. C-03-CV-22-000267) be removed therefrom to this Court.

Respectfully submitted,

BRIAN E. FROSH
Attorney General of Maryland


/s/ *Catherine A. Bledsoe*
Catherine A. Bledsoe (Fed. Bar No. 11376)
Assistant Attorney General
Office of the Attorney General
Higher Education Division
200 St. Paul Place, 17th Floor
Baltimore, Maryland 21202-2021
Phone:  (410) 576-7941
Email:  cbledsoe@oag.state.md.us

*Attorneys for Defendant*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of April, 2022, a copy of the foregoing Notice of Removal was served via e-mail and first class mail, postage prepaid, upon the following:

Sheena Hairston, Esquire
The Spencer Firm, LLC
2275 Research Boulevard, Suite 500
Rockville, MD   20850
shairston@spencer-firm.com

*Attorney for Plaintiff*

/s/ *Catherine A. Bledsoe*
Catherine A. Bledsoe

3